# **EXHIBIT 1:** INFRINGEMENT
URL: https://www.facebook.com/watch/?v=1317509134942528

